FILED - GR
December 26, 2018 11:02 AM
CLERK OF COURT
U.S. DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
BY: kw   Scanned: kw / 12/26

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>RESPONDENT<br><br>Vs.<br><br>MARIA LUISA LARA,<br>PETITIONER | U.S.D.C. Case No:<br><br>1:02:CR:221)<br><br>Civil Action No:<br><br>1:18-cv-01294-GJQ |

## NOTICE OF APPEAL

Notice is hereby given that Maria Luisa Lara, Petitioner in the above captioned and entitled cause of action, does hereby pursuant to writ of error corum nobis filed under Title 1651 all Writs Act on October 15, 2018, requesting court to correct its original judgment upon discovery of a fundamental **error** that did not appear in the records of the original judgment's proceedings and would have prevented adverse consequences which exist from the conviction.

Application from relief was denied and denied by the District Court of November 27, 2018,

Petitioner herein appeals to the United States Court of Appeals for the Circuit from the final judgment and order entered in this action on November 27, 2018 denying petitioner's application for a writ of error corum nobis requesting that the court grant and entertain a correction of an egregious error from which she still suffers consequences.

NOTICE OF APPEAL

1
2
3   Respectfully submitted,
4
5   _____
6   Maria Luisa Lara,
    Pro se
7   Adelanto Detention Center
8   10400 Rancho Road
    Adelanto, CA. 92301
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

NOTICE OF APPEAL

This packaging is the property of the U.S. Postal Service® and is provided solely for use in sending Priority Mail® shipments. Misuse may be a violation of federal law. This packaging is not for resale. EP14F. © U.S. Postal Service; February 2014; All rights reserved.

PRIORITY MAIL LEGAL
SIZE POSTAGE REQUIRED

PRESS FIRMLY TO SEAL

FROM: Maria Lara
WELOA.ORG 8275 South Eastern Ave
200-637-Las Vegas, NV 89123

TO: Clerk
United States District Court
Western District Michigan - 1399 Federal Bldg
Southern Division St NW
Memichigan, MI 49503
Grand Rapids



UNITED STATES POSTAL SERVICE®

VISIT US AT USPS.COM®
ORDER FREE SUPPLIES ONLINE

PRESS FIRMLY TO SEAL

UNITED STATES POSTAL SERVICE® Click-N-Ship®

usps.com
$6.70
US POSTAGE
Flat Rate Env

9405 5036 9930 0367 4835 38 0067 0000 0074 9503

12/21/2018    Mailed from 89123   062S0000001309

PRIORITY MAIL 2-DAY™
Expected Delivery Date: 12/24/18
0006

ARIANNE ARMSTRONG
WESTERN CENTER FOR DEFENSE
ADVOCACY
8275 S EASTERN AVE # 200-637
LAS VEGAS NV 89123-2591

C020

Carrier -- Leave if No Response

SHIP
TO: DISTRICT CLERK
UNITED STATES COURT OF APPEALS
110 MICHIGAN ST NW
1399 FEDERAL BLDG-
GRAND RAPIDS MI 49503-2300

USPS TRACKING #

9405 5036 9930 0367 4835 38

Electronic Rate Approved #038555749    OD: 15 x 9.5

elope
4

This envelope is made from post-consumer waste. Please recycle - again.