# UNITED STATES COURT OF APPEALS
## FOR THE SIXTH CIRCUIT

| | | |
|---|---|---|
| | 100 EAST FIFTH STREET, ROOM 540 | |
| Deborah S. Hunt | POTTER STEWART U.S. COURTHOUSE | Tel. (513) 564-7000 |
| Clerk | CINCINNATI, OHIO 45202-3988 | www.ca6.uscourts.gov |

Filed: January 03, 2019

Ms. Maria Luisa Lara
Adelanto Detention Center
10400 Rancho Road
Adelanto, CA 92301

        Re:  Case No. 19-1018, *Maria Lara v. USA*
              Originating Case No. : 1:18-cv-01294 : 1:02-cr-00221-1

Dear Ms. Lara,

    This appeal has been docketed as case number **19-1018** with the caption that is enclosed on a separate page.  The appellate case number and caption must appear on all filings submitted to the court.

    You have until **February 4, 2019** to either pay the $505.00 appellate filing fee or file a motion for leave to proceed on appeal in forma pauperis and an accompanying financial affidavit.   Either one must be paid/filed with the U.S. District Court.  **Failure to do one or the other may result in the dismissal of the appeal without further notice**.  If you move for pauper status and the district court denies your motion in part or in full, or if you are otherwise dissatisfied with the district court's ruling, you may renew the motion for pauper status in this court within 30 days of that ruling.

Sincerely yours,

s/Jennifer Earl
Case Manager
Direct Dial No. 513-564-7066

cc:  Ms. Jennifer Lee McManus

Enclosure

**OFFICIAL COURT OF APPEALS CAPTION FOR 19-1018**

MARIA LUISA LARA, aka Maria Luisa Pena-Rivera

       Petitioner - Appellant

v.

UNITED STATES OF AMERICA

       Respondent - Appellee